IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:23-cr-80 (LMB) |
| KIRSTEN VAN STEENBERG BALL, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

To return a guilty verdict, the jury must unanimously agree that the government has proven each and every element of the offense beyond a reasonable doubt. Please indicate your decision below with a check mark.

As to the charge in Count 1 of Conspiracy to Distribute Oxycodone, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 2 of Distribution of Oxycodone to Candie Marie Calix on or about May 27, 2019, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 3 of Distribution of Oxycodone to Candie Marie Calix on or about November 8, 2020, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 4 of Distribution of Oxycodone to Kendall Sovereign on or about August 20, 2018, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 5 of Distribution of Oxycodone to Kendall Sovereign on or

about October 11, 2020, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 6 of Distribution of Oxycodone to Herson Hernandez on or about March 25, 2019, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 7 of Distribution of Oxycodone to Herson Hernandez on or about April 23, 2019, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 8 of Distribution of Oxycodone to Charles Thomas on or about November 4, 2019, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 9 of Distribution of Oxycodone to Charles Thomas on or about December 2, 2019, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 10 of Distribution of Oxycodone to Maggie Welch on or about January 23, 2019, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 11 of Distribution of Oxycodone to Mirolim Yusupov on or about December 24, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 12 of Distribution of Oxycodone to Mirolim Yusupov on or about January 25, 2022, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__   Not Guilty _____

As to the charge in Count 13 of Distribution of Oxycodone to Carolyn Turley on or about September 15, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__        Not Guilty _____

As to the charge in Count 14 of Distribution of Oxycodone to Carolyn Turley on or about November 10, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__        Not Guilty _____

As to the charge in Count 15 of Distribution of Oxycodone to "Blake Charles" (the UC) on or about July 13, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty _____        Not Guilty _____

As to the charge in Count 16 of Distribution of Oxycodone "Blake Charles" (the UC) on or about August 11, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__        Not Guilty _____

As to the charge in Count 17 of Distribution of Oxycodone to "Blake Charles" (the UC) on or about September 8, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__        Not Guilty _____

As to the charge in Count 18 of Distribution of Oxycodone to "Blake Charles" (the UC) on or about November 5, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__        Not Guilty _____

As to the charge in Count 19 of Distribution of Oxycodone to "Blake Charles" (the UC) on or about December 3, 2021, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__        Not Guilty _____

As to the charge in <u>Count 20</u> of Distribution of Oxycodone to "Blake Charles" (the UC) on or about January 21, 2022, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__    Not Guilty _____

As to the charge in <u>Count 21</u> of Distribution of Oxycodone to "Blake Charles" (the UC) on or about March 15, 2022, the jury finds the defendant Kirsten Van Steenberg Ball:

Guilty __X__    Not Guilty _____

Date: __12/12/23__

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office